LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-03526-GAF (DTBx) | Date | July 27, 2010 |
|---|---|---|---|
| Title | Alphonzo Espinoza v. Claremont First Street Investors et al | | |

| Present: The Honorable | **GARY ALLEN FEESS, United States District Judge** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**      **(In Chambers)**

**ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION**

   Plaintiff is **ORDERED** to show cause why this case should not be dismissed as to certain defendants, for lack of prosecution.  <u>Link v. Wabash R. Co.</u>, 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion).  In this matter:

   ☒   **Plaintiff has failed to file a proof of service within 120 days** of the filing of the Complaint as to defendants DSJ Service Corporation a California Corporation doing business as Monterey Mortgage and Haven View Escrow, a California Corporation   Plaintiff can satisfy this order by showing that service was effectuated within the 120 day deadline or by showing good cause for the failure to do so.  Fed. R. Civ. P. 4(m).

   ☒   Defendants DSJ Service Corporation a California Corporation doing business as Monterey Mortgage and Haven View Escrow, a California Corporation did not answer the complaint, yet **Plaintiff has failed to request entry of default**, pursuant to Fed. R. Civ. P. 55(a).  Plaintiff(s) can satisfy this order by seeking entry of default or by dismissing the complaint.

Plaintiffs must respond to this order within 20 days.  **Failure to respond to this OSC will be deemed consent to the dismissal of the action as to these defendants.**

   IT IS SO ORDERED.